IN THE UNTIED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| BELLE GLEN II CONDOMINIUM OWNERS ASSOCIATION, INC., | ) ) ) | |
| Plaintiff, | ) ) | Case No. 3:13-cv-00615 |
| v. | ) ) | Chief Judge Haynes |
| QBE INSURANCE CORPORATION, | ) ) ) | |
| Defendant. | ) | |

## O R D E R

Before the Court is the parties' joint stipulation of dismissal of all claims pending in this action. (Docket Entry No. 19). Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff's claims are **DISMISSED with prejudice**. Each party shall bear its own costs, attorney's fees, and expenses.

This is the Final Order in this action.

It is so **ORDERED**.

ENTERED this the 2nd day of January, 2014.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court